AETNA HEALTH PLANS, as Assignee of Luz Herrera, Appellant, v HANOVER INSURANCE COMPANY, Respondent.

Submitted December 7, 2015; decided December 15, 2015

Motion by American Insurance Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

BECK CHEVROLET CO., INC., Appellant, v GENERAL MOTORS LLC, Respondent.

Submitted December 7, 2015; decided December 15, 2015

See 787 F3d 663.

Motion by Evans Chevrolet for leave to file a brief amicus curiae on consideration of the certified questions herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of JENNIFER L. BURKE, Respondent, v STEPHEN ERLE, Appellant.

Submitted September 28, 2015; decided December 15, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.